UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JUAN CARLOS RUIZ,

       Petitioner,               Case No. 2:16-cv-255

v.                                    Honorable Paul L. Maloney

KATHY OLSON,

       Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to lift habeas corpus stay and abeyance order (ECF No. 15) is **GRANTED**.  The stay is **LIFTED** and the case is **REOPENED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   January 26, 2021                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge