UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JUAN CARLOS RUIZ,

        Petitioner,                      Case No. 2:16-cv-255

v.                                          Honorable Paul L. Maloney

KATHY OLSON,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases on grounds of procedural default and for failure to raise a meritorious federal claim.

Dated:  January 26, 2021                        /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge